KATHLEEN BLISS LAW PLLC
170 SOUTH GREEN VALLEY PKWY, SUITE 300
HENDERSON, NEVADA 89012
TEL : 702.318.7375

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Louis Petrossi,<br><br>    Defendant. | CASE NO. 3:24-cr-0009-MMD-CLB<br>CASE NO. 2:24-cr-00028-APG-MDC<br><br>**ORDER CONSOLIDATING CASES** |

The Court, having considered the motion of defendant Louis Petrossi, and finding that the government takes no position, and for good cause showing, GRANTS the motion.

IT IS THEREFORE ORDERED THAT Case No. 2:24-cr-00028-APG-MDC shall be transferred to and consolidated with Case No. 3:24-cr-0009-MMD-CLB.

IT IS FURTHER ORDERED THAT Case No. 2:24-cr-00028-APG-MDC shall be administratively closed by the Clerk of Court.

Dated this 26th day of March 2024.

_____
UNITED STATES DISTRICT JUDGE
DISTRICT OF NEVADA

Dated this 27th day of March 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE
DISTRICT OF NEVADA